## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

BRIAN ALLEN                                                                                          PLAINTIFF

V.                                    No. 4:22-CV-00430-KGB-JTR

CLARK, Sergeant, Pulaski County
Detention Facility, *et al*.                                                                   DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Introduction

On May 10, 2022, Plaintiff Brian Allen ("Allen") and 19 other inmates[1] in the Pulaski County Regional Detention Facility ("PCRDF") jointly filed a single *pro se*

---

[1] Willie C. Lovelace, Jerry W. West, Xavion Omoware, Roderick D. Maxwell, Jerry York, Timothy D. Counts, Donald Slusher, Daniel Owen, Montrell Burns, Charles Horton, Quincy Harris, Christopher Otis, Derrick Conley, Adrian Jimenez, Antwan Conley, Reginald Crusterson, Jobani Rodriguez, Pedro Ramirez, and Travion Hamilton.

§ 1983 Complaint alleging that Defendants violated their constitutional rights. *Doc. 1*. In accordance with the Court's general practice, the Clerk severed the joint Complaint into 20 individual § 1983 cases.[2]

## II. Discussion

On May 13, 2022, I entered an Order giving Allen 30 days to either: (1) pay the $402 filing fee, in full; or (2) file an Application to Proceed *In Forma Pauperis* ("IFP"). *Doc. 2*.

On May 26, 2022, Allen filed a Motion for Leave to Proceed IFP, attaching his IFP Application, including a certificate of his PCRDF inmate trust account and calculation sheet. *Doc. 3*. After reviewing the Application, I denied Allen's Motion for Leave to Proceed IFP (*Doc. 3*), on June 15, 2022, because the financial information he provided showed he had substantial funds available in his PCRDF inmate trust account to pay his filing fee in full.[3] *Doc. 4*. The June 15 Order further provided that, if Allen wished to continue pursuing this lawsuit, he must pay the $402 filing fee, in full, within 14 days. *Id.* at 1. Importantly, the June 15 Order cautioned Allen that if he did not timely comply with the Order, his case would be dismissed, without prejudice.

---

[2] *See* Case Nos. 4:22-cv-00425-KGB-JTR through 4:22-cv-00444-KGB-JTR.
[3] Allen's certificate of his inmate trust account and his calculation sheet showed that, as of May 24, 2022, he had $4,118.66 in his PCRDF trust account, and that during the prior six months, he had total balances of $29,698.84, for an average monthly balance, during that six-month period, of $4,949.81. *Doc. 3 at 3-4*.

Allen has not complied with the June 15th Order, and the time to do so has long since passed. Accordingly, his case should be dismissed, without prejudice, for failure to prosecute. *See* Local Rule 5.5(c)(2).[4]

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT Allen's Complaint be DISMISSED, WITHOUT PREJUDICE.

DATED this 2nd day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[4] In relevant part, Local Rule 5.5(c)(2) states:
It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. … If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.