IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN ALLEN,**                                                                                      **PLAINTIFF**

v.                                  **Case No. 4:22-cv-00430-KGB**

**CLARK, Sergeant, Pulaski County
Detention Center,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 5). Plaintiff Brian Allen has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Allen's complaint for failure to pay the filing fee within 30 days as directed by the Court (Dkt. No. 1).

It is so ordered this 22nd day of August, 2022.

                                                           */s/ Kristine G. Baker*
                                                           Kristine G. Baker
                                                           United States District Judge